No. 264. MILLER ET UX. *v.* CAMP, COMPTROLLER OF THE CURRENCY. C. A. 3d Cir. Certiorari denied. *Mitchell A. Kramer* for petitioners. *Solicitor General Griswold* for respondent.

No. 272. BARASH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Louis Bender* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 273. CARRIL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert J. Krieger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 276. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *George G. Gallantz* and *Marvin Dicker* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 278. RIDGEWOOD MANAGEMENT CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *John H. Benckenstein* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 286. CANOVA *v.* TRAVELERS INSURANCE CO. C. A. 5th Cir. Certiorari denied. *Sam J. D'Amico* for petitioner.